UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAFAEL A. SANCHEZ,<br><br>                    Plaintiff,<br><br>     -against-<br><br>THE CITY OF NEW YORK; JOHN DOE NYPD OFFICERS 1-5,<br><br>                    Defendants. | 24CV5935 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the August 7, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   August 7, 2024
        New York, New York

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          Chief United States District Judge